# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DANIELLE DENAE BETTS, | Case No. 3:18-cv-05326-RBL-TLF |
| Petitioner, | |
| v. | ORDER |
| PIERCE COUNTY JAIL, | |
| Respondent. | |

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* (Dkt. 3) is STRICKEN.

(3) This matter is DISMISSED without prejudice.

(4) The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 10th day of July, 2018.

Ronald B. Leighton
United States District Judge

ORDER - 1